IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KENNY F. EDMONSON                                                          PETITIONER

VERSUS                                  CIVIL ACTION NO. 4:08cv122-HTW-LRA

JOHN S. FARRIOR                                                   RESPONDENT

## **FINAL JUDGMENT**

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the 18th day of June, 2009.

                                             s/ HENRY T. WINGATE
                                             CHIEF UNITED STATES DISTRICT JUDGE